IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DOUGLAS DONAHOE,

    Petitioner,                    No. CIV-S-11-3300 CKD P

   vs.

ATTORNEY GENERAL OF CALIFORNIA,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is presently incarcerated at the Vista Detention Facility in San Diego County, California.

       The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, it is not entirely clear where petitioner was convicted or what conviction he would challenge in his petition. The location of his incarceration in San Diego County, however, is clear, and the court is certain that the Southern District of California has habeas jurisdiction over his claims.

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Southern District of California. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

Dated: December 20, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

hm
dona3300.108a